th t th th th th th th th   th th th th th thank you. .